# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2408
_____

MARCUS DALE MCKINNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John Miller, Judge.

December 31, 2025

PER CURIAM.

DISMISSED as untimely. *See Pelham v. State*, 279 So. 3d 852, 853 (Fla. 1st DCA 2019) ("The failure to file a timely appeal deprives this Court of jurisdiction.").

ROWE, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Amy Jo Preston, Assistant Public Defender, Pensacola, for Appellant.

No appearance for Appellee.